NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEVEN D. MACK,  )
                )
        Appellant,  )
                )
v.              )        Case No. 2D18-2216
                )
STATE OF FLORIDA,  )
                )
        Appellee.  )
_____ )

Opinion filed April 24, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Barbara Twine
Thomas, Judge.

Steven D. Mack, pro se.

PER CURIAM.

        Affirmed.

SILBERMAN, VILLANTI, and ATKINSON, JJ., Concur.